**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

| | | |
|---|---|---|
| Mann Theatres, Inc., a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>The Northwestern Mutual Life Insurance Company and Diversey, Inc.,<br><br>Defendant. | ) | Civil Action No. 00-2205 JMR/FLN<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

## STIPULATION

Plaintiff, Mann Theatres, Inc., and defendants, The Northwestern Mutual Life Insurance Company and Diversey, Inc., by their respective legal counsel, hereby stipulate that the above-captioned action may be dismissed in its entirety, with prejudice and on the merits and without costs to any party.

Dated: 1/16, 2001

SIEGEL, BRILL, GREUPNER,
DUFFY & FOSTER, P.A.

By ______________________
Wm. Christopher Penwell
Attorney No. 164847
Attorney for Plaintiff Mann Theatres, Inc.
100 Washington Avenue South
Minneapolis, Minnesota 55401
Telephone: (612) 339-7131

FILED JAN 22 2001
CLERK

Dated: 1/17, ~~2000~~ 2001

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By ______________________
Erik T. Salveson
Attorney No. 177969
Attorneys for Defendant The Northwestern
Mutual Life Insurance Company
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

**ORDER**

It is hereby Ordered, pursuant to the foregoing Stipulation, that the above-captioned action is dismissed in its entirety, with prejudice and on the merits and without costs to any party.

Dated: January 20th, ~~2000~~ 2001

BY THE COURT

______________________
Judge of the United States District Court

GP:751145 v1